# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand and fourteen.

_____

Adar Investment Fund, LTD.,

      Plaintiff-Appellant,

    v.

Forest Oil Corporation, *et al.*,

      Defendants-Appellees.

_____

**ORDER**

Docket No. 14-1471

The parties have filed a stipulation withdrawing this appeal with prejudice as to Appellee Lone Pine Resources Inc., pursuant to FRAP 42.

The stipulation is hereby so ordered. The appeal shall proceed with respect to the remaining appellees.

                                            FOR THE COURT:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

